**No. 48743.**—Protest 102254–K of R. Lo Curto (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706). The protest was sustained.